UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
) CRIMINAL NO. $05m-1132-JGD$
V. )
)
SHARNETTE A. WORKMAN )

## AFFIDAVIT IN SUPPORT OF RULE 40 PROCEEDING

I, Brian D. Hendricks, United States Postal Inspector with
the United States Postal Inspection Service, do hereby make oath
before the Honorable Judith G. Dein, United States Magistrate
Judge for the District of Massachusetts, that upon knowledge
coming to me in connection with my official duties and as part of
the official records of the United States Postal Inspection
Service, I am advised that there is presently a warrant of arrest
outstanding for one SHARNETTE A. WORKMAN in the Eastern District
of Virginia, based upon a criminal complaint and subsequent
indictment charging the defendant with conspiracy to commit bank
fraud, in violation of 18 U.S.C. § 371, and bank fraud, in
violation of 18 U.S.C. § 1344, and I do hereby make oath that
this warrant of arrest is outstanding in said Eastern District of
Virginia on the basis of the information set out above.

BRIAN D. HENDRICKS,
United States Postal Inspector
United States Postal Inspection Service

Subscribed and sworn to before me this _____ day of

August, 2005.

_____
JUDITH G. DEIN
United States Magistrate Judge

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

EASTERN    DISTRICT OF ____VIRGINIA__

UNITED STATES OF AMERICA
V.

**WARRANT FOR ARREST**

SHARNETTE A. WORKMAN

CASE NUMBER: $1:05m 125$

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____    **SHARNETTE A. WORKMAN**
                                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

◻ Indictment    ◻ Information    ⊠ Complaint    ◻ Order of court    ◻ Violation Notice    ◻ Probation Violation Petition

charging him or her with (brief description of offense)

unlawfully, knowingly, and intentionally combining, conspiring, confederating and agreeing with others to steal,
take, and abstract from and out of authorized depositories for mail matter, letters and mail, and abstract and
remove from such letters and mail, articles contained therein, and embezzled such articles contained therein, and

unlawfully, knowingly, and intentionally combining, conspiring, confederating and agreeing with others to
execute, and attempt to execute, a scheme and artifice to defraud financial institutions and to obtain moneys,
funds, credits, assets, and other property owned by, and under the custody and control of, financial institutions,
by means of false and fraudulent pretenses, representations, and promises,

in violation of Title __18__ United States Code, Section(s) ___371, 1708, and 1344___

| The Honorable Liam O'Grady | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |

| | March 16, 2005,  Alexandria, Virginia |
|---|---|
| Signature of Issuing officer | Date and Location |

Bail fixed at $ _____    by _____
                                                Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |