UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 05m - 1132 - JCD
)
SHARNETTE A. WORKMAN )
)

## ORDER OF REMOVAL

The above-named defendant was arrested in the District of Massachusetts on August 26, 2005, by United States Postal Inspector Brian D. Hendricks of the U.S. Postal Inspection Service, on an arrest warrant issued on March 16, 2005, by the United States District Court, Eastern District of Virginia.

At an initial appearance held before me on August 26, 2005, the defendant appeared before me and agreed that she is the person named in the complaint and indictment and waived her right to an identity and removal hearing, and consented to an order removing her to the Eastern District of Virginia. The government moved for detention on dangerousness and risk of flight grounds.

**IT IS THEREFORE ORDERED** the defendant be, and hereby is, **REMOVED** to the District of Eastern District of Virginia and, further, that the defendant appear before the United States District Court for the Eastern District of Virginia, Alexandria, Virginia, when ordered do so by that Court.

The Clerk is directed to send the original papers in this matter to the Clerk, United States District Court for the Eastern

District of Virginia, Alexandria, Virginia.

/s/ Judith Gail Dein
JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS

Dated: 8/26/05